**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 12-7028**

───────────

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

RYAN DUANE DENT, a/k/a Little Man, a/k/a Man Dingo, a/k/a Dingo,

Defendant - Appellant.

───────────

**No. 12-7079**

───────────

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

RYAN DUANE DENT, a/k/a Little Man, a/k/a Man Dingo, a/k/a Dingo,

Defendant - Appellant.

───────────

Appeals from the United States District Court for the Western District of Virginia, at Harrisonburg.  Glen E. Conrad, Chief District Judge.  (5:09-cr-00016-GEC-1)

───────────

Submitted:  November 13, 2012      Decided:  November 15, 2012

───────────

Before NIEMEYER, GREGORY, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ryan Duane Dent, Appellant Pro Se. Jeb Thomas Terrien, Assistant United States Attorney, Harrisonburg, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Duane Dent appeals the district court's order denying his motion for reconsideration of its order granting his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction.[*] Because the district court lacked authority to reconsider its disposition of Dent's § 3582(c)(2) motion, see United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010), we affirm the district court's order. See United States v. Dent, No. 5:09-cr-00016-GEC-1 (W.D. Va. May 29, 2012). We deny Dent's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

AFFIRMED

---

[*] Although the district court granted Dent's § 3582(c)(2) motion, the reduction granted by the court did not reduce Dent's sentence to the full extent he requested.

3